*Walter F. Boye* for petitioner. *Messrs. Arthur C. Fraser* and *Duncan K. Brent* for respondent.

No. 266. ATLANTIC COAST LINE R. Co. *v.* COVINGTON. October 13, 1930. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Thomas W. Davis* and *F. L. Willcox* for petitioner. *Mr. Philip H. Arrowsmith* for respondent.

No. 267. PANHARD OIL CORP. *v.* SOCIETE ANONYME DES ANCIENS ETABLISSEMENTS PANHARD & LEVASSOR. October 13, 1930. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Julian S. Wooster* for petitioner. *Messrs. Hugo Mock* and *Asher Blum* for respondent.

No. 268. NEWMAN *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Charles H. Garnett, Preston C. West, A. A. Davidson, Nathan A. Gibson,* and *Joseph L. Hull* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, Randolph C. Shaw, Clarence M. Charest,* and *Percy S. Crewe* for respondent.

No. 269. PIGGLY WIGGLY CORP. *v.* JITNEY JUNGLE CORP. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Ernest W. Bradford* and *William H. Watkins* for petitioner. *Mr. James N. Flowers* for respondent.